IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-cv-00725

NOWAK ENTERPRISES, INC.,

Plaintiff,

V.

B.E.S.T. PHYSICAL THERAPY, LLC d/b/a RENEW PHYSIOTHERAPY, MDO HOLDINGS, LLC, O2 FITNESS SEABOARD LLC, and RDNUTRITION, LLC,

Defendants.

**NOTICE OF REMOVAL BY DEFENDANTS**
**MDO HOLDINGS, LLC AND O2 FITNESS SEABOARD LLC**

Defendants MDO Holdings, LLC and O2 Fitness Seaboard LLC, in accordance with 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446(a), (b), and (d), give notice of removal of the above-captioned matter to the United States District Court for the Eastern District of North Carolina. This removal is based on the following grounds:

1. This lawsuit was filed by Plaintiff in the Superior Court of Wake County, North Carolina as Case Number 25CV037851-910. Counsel for Defendants accepted service of process on October 25, 2025.
2. In the Complaint, Plaintiff raises claims under the Lanham Act, 15 U.S.C. § 1051 *et seq.*, as well as North Carolina statutory and common law. *See* Compl. at ¶¶ 74-114.
3. This Court has original jurisdiction over the Lanham Act claims and may exercise supplemental jurisdiction over the related state law claims. 28. U.S.C. §§ 1331, 1367(a). Accordingly, removal is proper. 28 U.S.C. § 1441(a).

4. Venue is proper here because the Eastern District of North Carolina "embrac[es]" Wake County, "the place where" Plaintiff's "action is pending." *Id.*

5. This Notice of Removal complies with all procedural requirements. 28 U.S.C. § 1446.

   a. This Notice of Removal is filed within thirty days after receipt by Defendants, "through service or otherwise," of a copy of the initial pleading setting forth the claim for relief upon which this action is based, and the time for filing this Notice of Removal has not expired. 28 U.S.C. § 1446(b)(1).

   b. Copies of all process, pleadings, and orders served upon Defendant in this action, as well as all other papers filed in state court, are attached hereto as **Exhibits A-E**. 28 U.S.C. § 1446(a).

   c. Promptly after this Notice of Removal is filed, Defendants will give written notice of the removal of this action to all adverse parties and will file a copy of the Notice of Removal with the Clerk of the Superior Court of Wake County. 28 U.S.C. § 1446(d).

This the 11th day of November, 2025.

**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP**

*/s/ Edward F. Roche*

Edward F. Roche
N.C. State Bar No. 55434
eroche@smithlaw.com
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220

*Counsel for Defendants MDO Holdings, LLC and O2 Fitness Seaboard LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and served via United States mail upon the parties, addressed as follows:

David W. Sar
dar@brookspierce.com
Katarina K. Wong
kwong@brookspierce.com
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, L.L.P.
P.O. Box 26000
Greensboro, NC 27420

*Counsel for Plaintiff*

B.E.S.T. Physical Therapy, LLC
c/o its Registered Agent, Marc J. Douek
1714 Canterbury Road
Raleigh, NC 27608

*Defendant, Pro Se*

RDNutrition, LLC
c/o its Registered Agent, Robert J. Stolz
1025 Wade Avenue
Raleigh, NC 27605

*Defendant, Pro Se*

This the 11th day of November, 2025.

**SMITH, ANDERSON, BLOUNT, DORSETT,**
**MITCHELL & JERNIGAN, LLP**
*/s/ Edward F. Roche*
Edward F. Roche
N.C. State Bar No. 55434
eroche@smithlaw.com
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220

*Counsel for Defendants MDO Holdings, LLC and O2 Fitness Seaboard LLC*